[No. 73803-8-I.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA LEE REDDING, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00440-3, Anita L. Farris, J., entered July 21, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Dwyer, JJ.

[No. 73912-3-I.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. T.S.T., *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated November 14, 2016. Substitute opinion filed. See 196 Wn. App. 1056.

[No. 74038-5-I.   Division One.   October 3, 2016.]

*In the Matter of the Detention of* M.M.

Appeal from a judgment of the Superior Court for King County, No. 15-6-02093-0, Ken Schubert, J., entered September 21, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Trickey, A.C.J., and Leach, J.

[No. 74045-8-I.   Division One.   October 3, 2016.]

STI AMERICA, INC., *Plaintiff*, v. AVALON LEASING, INC., *Respondent*, LEYEN FOOD, LLC, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated November 21, 2016. Substitute opinion filed. See 196 Wn. App. 1067.